**In re BP LUBRICANTS USA INC.,** Petitioner.

**Misc. No. 960.**

United States Court of Appeals, Federal Circuit.

Sept. 15, 2010.

## ON PETITION FOR WRIT OF MANDAMUS

### ORDER

BP Lubricants USA Inc. submits a petition for a writ of mandamus directing the United States District Court for the Northern District of Illinois to (1) vacate its August 25, 2010 order denying BP's motion to dismiss and (2) dismiss the complaint.

Upon consideration thereof,

IT IS ORDERED THAT:

Thomas A. Simonian is directed to respond to BP's mandamus petition within 14 days of the date of filing of this order.